IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE<br><br>JOHN RICHARD PERULLO,<br><br>DEBTOR. | § § § § § § | CASE NO. 3:25bk30909<br><br>CHAPTER 7 |
| KRUGER PACKAGING, LP,<br><br>PLAINTIFF.<br><br>V.<br><br>JOHN RICHARD PERULLO,<br><br>DEBTOR. | § § § § § § § § § § | ADVERSARY PROCEEDING<br><br>CASE NO. 25-03018-cgb<br><br>Judge: Christopher G Bradley |

## UNOPPOSED NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff Kruger Packaging, LP ("Kruger") and files this Unopposed Notice of Withdrawal and Substitution of Counsel (the "Notice"), giving notice pursuant to Fed. R. Bankr. P. 9010(b) and L.R. 9010-1(b) that David Weitman of K&L Gates, LLP, hereby withdraws as counsel for Kruger, and that David Wills of K&L Gates, LLP, hereby substitutes and appears as counsel for Kruger. The contact information for new counsel is:

David Wills
State Bar No. 24127171
1717 Main Street, Suite 2800
Dallas, TX 75201
Telephone: (214) 939-5873
Fax: (214) 939-5849

Counsel submits that the substitution of counsel noticed herein will not adversely affect Kruger's interests in this case, including the ability to comply with the following upcoming deadlines:

- Kruger must serve the summons and complaint by November 3, 2025. Fed. R. Bankr. P. 7004(e).

- The parties must hold their Rule 26(f) conference as soon as practicable, and in any event the earlier of: (A) January 6, 2026, or (B) within 39 days of the date a defendant appears. *See* Fed. R. Civ. P. 26(f) and 16(b).

- Generally, a party must make its initial disclosures under Rule 26(a) at or within 14 days after the parties' Rule 26(f) conference unless a different time is set by stipulation or court order. *See* Fed. R. Civ. P. 26(a)(1)(C).

Kruger has been advised in writing of the foregoing deadlines and has consented to the substitution of counsel noticed herein by signing the below verification.

WHEREFORE, PREMISES CONSIDERED, Kruger Packaging, LP, requests that: (1) the Court substitute David Wills of K&L Gates, LLP, as counsel for Kruger; (2) the Court add David Wills to the service list in this case and remove David Weitman from the service list; (2) the parties take notice of this substitution of counsel, and that all notices, correspondence, and other papers related to this suit be delivered to David Wills as counsel for Kruger in this matter; and (3) David Weitman shall have no further duties or obligations as counsel for Kruger in this matter.

## VERIFICATION

I, Frederic Boucher, on behalf of Kruger Packaging, LP, as its authorized representative, have read and approve of the foregoing Notice.

Signed October 29, 2025.

Kruger Packaging, LP
BY: *Frederic Boucher* (Signed by: 400087EBF400425)
NAME: Frederic Boucher
TITLE: Vice President of Legal Affairs

Dated: October 30, 2025.     Respectfully submitted,

**K&L GATES LLP**

/s/ David Wills
David Wills
State Bar No. 2412717
David.Wills@klgates.com
1717 Main, Suite 2800
Dallas, Texas 75201
(214) 939-5873 Telephone

**ATTORNEY FOR KRUGER PACKAGING LP**

**CERTIFICATE OF CONFERENCE**

On October 29, 2025, counsel for Plaintiff Kruger Packaging, LP, conferred via email with the Trustee and counsel for Debtor regarding this Notice. Counsel for Debtor indicated that he is unopposed, and the Trustee did not respond.

/s/ David Wills
David Wills

**CERTIFICATE OF SERVICE**

This is to certify that on October 30, 2025, pursuant to Fed. R. Bankr. P. 8011(c)(2)(B) and the federal and local rules, a true and correct copy of the foregoing was delivered to the Trustee and counsel for Debtor as follows:

John Richard Perullo
6628 Hermoso Del Sol
El Paso, TX 79911
c/o Carlos Miranda
Miranda & Maldonado, PC
5915 Silver Springs, Bldg. 7
El Paso, TX 79912
**Via Email: cmiranda@eptxlawyers.com**

Aldo Lopez
5822 Cromo Drive
El Paso, TX 79912
**Via First Class Mail**

/s/ David Wills
David Wills