**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **IN RE** | § | |
| | § | **CASE NO. 3:25bk30909** |
| **JOHN RICHARD PERULLO,** | § | |
| | § | |
| | § | **CHAPTER 7** |
| **DEBTOR.** | § | |

---

| | | |
|---|---|---|
| **KRUGER PACKAGING, LP,** | § | |
| | § | |
| **PLAINTIFF.** | § | **ADVERSARY PROCEEDING** |
| | § | |
| **V.** | § | |
| | § | **CASE NO. 25-03018-cgb** |
| **JOHN RICHARD PERULLO,** | § | |
| | § | |
| | § | **Judge: Christopher G Bradley** |
| **DEFENDANT.** | § | |

---

**ORDER GRANTING PLAINTIFF'S**
**MOTION FOR SUMMARY JUDGMENT**

Before the Court is Plaintiff's Motion for Summary Judgment (the "Motion"). The Court has considered the Motion, the evidence submitted in support thereof, the pleadings filed in response to the Motion and any evidence in support thereof, and having found that good cause exists to grant the relief requested in the Motion, the Court **HEREBY ORDERS AS FOLLOWS**:

1. The Motion is **GRANTED**.

2. The Court grants summary judgment in Plaintiff's favor on Plaintiff's claim that the Debtor is not entitled to a discharge pursuant to Section 727(a)(2) of the Bankruptcy Code.

3. The Court further grants summary judgment in Plaintiff's favor on Plaintiff's claim that the Debtor is not entitled to a discharge pursuant to Section 727(a)(3).

**IT IS SO ORDERED.**

# # #

**Prepared by:**

**K&L GATES LLP**

*_/s/ David Wills_*
David Wills
State Bar No. 2412717
David.Wills@klgates.com
2828 N. Harwood Street, Suite 1800
Dallas, Texas 75201
(214) 939-5873 Telephone

**ATTORNEY FOR KRUGER PACKAGING LP**