**The relief described hereinbelow is SO ORDERED.**

**Signed November 18, 2026.**

Christopher G. Bradley
**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **JOHN RICHARD PERULLO,** | ) | **Case No. 25-30909-CGB** |
| | ) | **Chapter 7** |
| **Debtor.** | ) | |
| | ) | |
| | ) | |
| **KRUGER PACKAGING, L.P.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Adversary No. 25-03018-CGB** |
| | ) | |
| **JOHN RICHARD PERULLO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>AGREED ORDER ON JOINT MOTION TO RESET DOCKET CALL AND RELATED DEADLINES</u>**

The Court has considered the Joint Motion of Plaintiff, Kruger Packaging, L.P. and Defendant John Richard Perullo, to Reset Docket Call and Related Deadlines (the "Motion"). The Court finds that the Motion is well taken and should be granted.

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. Docket call for trial is reset to December 16, 2026 at 10:00 a.m. (MT) at https://www.zoomgov.com/my/bradley.txwb, Meeting ID: 160 1114 1085, or call (669) 254-5252.

3. A joint pre-trial order and proposed findings of fact and conclusions of law are due on December 9, 2026.

4. All other terms in the Court's Scheduling Order (Docket No. 13) shall remain in place.

###

**AGREED:**

*/s/ David Wills*
David Wills
State Bar No. 2412717
David.Wills@klgates.com
2828 N. Harwood Street, Suite 1800
Dallas, Texas 75201
(214) 939-5873 Telephone

Attorney For Kruger Packaging LP

/s/ *Carlos A. Miranda*
Carlos A. Miranda, Esq.
5915 Silver Springs, Bldg. 7
El Paso, Texas 79912
(915) 587-5000 (Telephone)
(915) 587-5001 (Facsimile)
**cmiranda@eptxlawyers.com**

Counsel For John Richard Perullo